# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **24MJ1832**

The person charged as BRANDON JAMES MANNERS now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the District of Columbia with: <u>Distribution of Child Pornography</u>, in violation of 18 U.S.C. Section(s) 2252(a)(2).

The charging documents and warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: May 8, 2024

_____
Ashley Westman
Special Agent
Federal Bureau of Investigation

Reviewed and Approved

Dated: May 9 2024

_____
Assistant United States Attorney
DAVID KETE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00163 |
| Brandon James Manners | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 5/3/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Brandon James Manners ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) - (Distribution of Child Pornography)

Date: 05/03/2024

*Zia M. Faruqui*
*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Brandon James Manners

Known aliases:

Last known residence: San Diego CA 92109

Prior addresses to which defendant/offender may still have ties: San Marcos, CA 92078

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 1989

Social Security number:

Height:                                              Weight:

Sex: Male                                         Race: W

Hair:                                                Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: FBI

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
Special Agent Marc Hess,

Date of last contact with pretrial services or probation officer *(if applicable)*:

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| Brandon James Manners, | ) ) ) ) ) ) ) | Case: 1:24-mj-00163<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 5/3/2024<br>Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   March 21, 2024 - April 21, 2024   in the county of                              in the

                       in the District of    Columbia   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252(a)(2) - (Distribution of Child Pornography) | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.



*Complainant's signature*

Marc Hess, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:    05/03/2024

Zia M. Faruqui

*Judge's signature*

City and state:         Washington, D.C.                Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

## STATEMENT OF FACTS

On March 21, 2024, a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) assigned to the Washington Field Office's Child Exploitation and Human Trafficking Taskforce (CEHTTF) was acting in an undercover capacity when he entered a Kik group ("Group 1") he had been a member of for approximately two weeks.[1] The undercover TFO (UC) observed the members of Group 1 discussing sexual fetishes including incest with children. The UC also observed members of Group 1 posting images depicting the sexual abuse of children.

At approximately 6:51 a.m. EST on March 21, 2024, UC observed a member of Group 1 identified with username "▮▮▮▮▮" (later identified as ▮▮▮▮▮) send an invitation to members of Group 1 to join another KIK group which the member had newly created. The name of this Kik group was ▮▮▮▮▮". UC joined ▮▮▮▮▮[2]

While monitoring ▮▮▮▮▮ on March 21, 2024, UC observed a message appear reading, "▮▮▮▮▮ has been promoted to owner."[3] At various dates and times while monitoring ▮▮▮▮▮ UC observed ▮▮▮▮▮ ban users from the group who were not posting child pornography or who had violated other group rules. UC further observed a user identified with the username "crazyjohnny916" and display name "Cadillac Ray" (later identified as **BRANDON JAMES MANNERS**) act as an administrator for the group.[4] UC witnessed crazyjohnny916 take actions as an administrator to including removing members from the group who were not complying with the group's rules by posting child sexual abuse material to the group. UC also observed text conversations in the group chat where ▮▮▮▮▮ and crazyjohnny916 acknowledged one another's roles in running the group. These observations are further detailed further below.

---

[1] Kik is an instant messaging mobile application where one can transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups.

[2] Eastern Standard Time (EST) is used as the default time zone in this document.

[3] According to information available on Kik's website, https://Kikhelpcenter.zendesk.com/hc/en-us/articles/4402344541979-Group-Owners-vs-Group-Admins, accessed on April 16, 2024, a group owner can: promote someone to a group admin, demote a group admin, kick or ban all non-owners, unban users, and change the group name and profile photo. A group admin has all of these capabilities save for the ability to promote someone to a group admin.

[4] According to information available on Kik's website, https://kikhelpcenter.zendesk.com/hc/en-us/articles/4402344189339-Kik-usernames-vs-display names#:~:text=Usernames%20are%20made%20up%20of,looking%20at%20a%20display%20name, accessed on April 19, 2024, a Kik username is a unique account identifier and cannot be changed once created. Display names are the names that appear in chat lists, at the top of private chats, and in group information screens. A user can change his or her display name at any time.

When he joined ▮▮▮, UC observed a rules banner appear outlining the rules for the group members to follow. Each new member would see the rules banner when joining the group. The banner read:

> Welcome! You have 6 minutes to send 2 videos before kick. Once you have access try to post daily. This is an active group only. Enjoy!

UC then observed at least eight members of ▮▮▮ post various images and/or videos in the group depicting minors engaged in sexually explicit conduct. During the period from March 21, 2024, until April 21, 2024, ▮▮▮ group members posted dozens of child pornography videos to the group. Those videos depicted dozens of different children engaged in sexually explicit conduct.

On March 21, 2024, UC observed a ▮▮▮ user with the display name ▮▮▮ and the username ▮▮▮ (later identified as ▮▮▮) say, "good morning," and post child pornography videos to ▮▮▮ including a video depicting a prepubescent girl being orally penetrated by an adult man's penis. Later on that same day, ▮▮▮ wrote in ▮▮▮ "post your sluts," after which he posted a video of a seated prepubescent girl wearing a t-shirt with a rainbow touching her naked vagina.

Over the next several days, ▮▮▮ repeatedly posted child pornography videos in ▮▮▮ and posted messages in the group urging other members to, "post your sluts," and, "post your young sluts."

Between March 21, 2025, and April 21, 2024, crazyjohnny916 posted several child pornography videos to ▮▮▮, including a video of a prepubescent girl being orally penetrated by a man's penis. During the same period, ▮▮▮ also posted several child pornography videos to ▮▮▮ including one video depicting a naked minor girl being penetrated by an adult penis while laying inside of a vehicle while an adult male voice refers to the girl as, "My 13-year-old slut." After posting these child pornography videos, ▮▮▮ wrote, "Anyone in here?", to which another user, herein referred to as User 1 responded, "Quiet tonight".[5]

▮▮▮ then wrote in reply to User 1, "Very. User 1 let's liven up this chat shall we?" User 1 responded, "Need some women with boys," to which ▮▮▮ replied, "Yess. Got any?" When User 1 responded, "Maybe," ▮▮▮ wrote, "Dude I'm an admin here it's either u do or u don't I'm not in the mood to play these childish games. N from the looks of it u haven't even posted anything so ur about to be removed n banned." User 1 then posted two videos of what appear to be teenage females engaged in sexual activities. ▮▮▮ replied, "Too old. Stick to the group topic. U got 3 min to post something good. If no I'm removing and banning u User 1." User 1 failed to post a video and was banned by ▮▮▮.

▮▮▮ later sent User 1 an invite link to rejoin the group. When User 1 rejoined, the welcome banner outlining the group rules appeared and ▮▮▮ wrote, "Also say something

---

[5] Based on IP addresses obtained as part of the investigation, it is believed that User 1 resides in a country outside of the U.S. In order not to jeopardize foreign law enforcement's efforts to investigate the activities of User 1, User 1's profile name and display name are not provided in this statement of fact.

so u don't get removed by rage." User 1 then posted two videos depicting minor children engaged in sexual activities with one another. User 1 then wrote, "Hi all. 44 m Canada." ▇ responded, "No need for ASL lol. But thank u sir. I'm 41 m nv."[6]

On March 22, 2024, UC observed a message appear on the group chat stating that another user had joined the group chat. The message stated that the user had been, "invited by crazyjohnny916." Crazyjohnny916 wrote to the new user, "Post 2 real quick and say hi." The new user then posted a video depicting a prepubescent female rubbing an object on her naked vagina.

On March 23, 2024, in response to child pornography videos posted by other members of the group, ▇ wrote, "lovely videos," and included a smiling face emoji with heart eyes. He then posted a video of a prepubescent boy penetrating an adult female's vagina with his penis. On the same day, ▇ posted to ▇, "post some videos, don't let this chat die." He then continued to post additional child pornography videos to the group and commented on the child pornography videos posted by other members of the group.

On March 24, 2024, ▇ posted several more child pornography videos to ▇ and crazyjohnny916 posted 22 child pornography videos to the group, including 2 videos depicting prepubescent girls engaged in sexually explicit conduct.

On March 25, 2024, UC posted a photo showing a child's foot being held by an adult hand, and wrote, "Love sneaking in her room when she sleeps and perving on her. Anyone else do the same?"[7] Crazyjohnny916 responded, "Show more." ▇ then posted nine videos of pre-pubescent children engaged in sexually explicit conduct, including a video depicting a naked pubescent male placing his penis in the mouth of a prepubescent girl.

On March 25, 2024, crazyjohnny916 asked members of the group if Telegram was a good app to find more videos, and said he was, "hoping to find longer vids. Like full tabu vids. Clips are cool but I wanna see more on some lol."[8]

On March 25, 2024, after several users posted videos depicting minor females engaged in sexually explicit conduct, crazyjohnny916 wrote to the group, "Glad to see people are alive still here. I thought everyone turned to ghosts." User ▇, owner of the group, responded, "I'm an admin lol. I ain't going nowhere. I mean I own the group?! When tf did this happen?"[9] Crazyjohnny916 responded, "I also deserve credit. As an admin. Bhahha." ▇ acknowledged crazyjohnny916's statement, "Johnny ur right. Thank u." Crazyjohnny916 then

---

[6] In text messaging "m" is used to represent the word "male." "ASL" is used in text messaging to represent the terms "age, sex, location." In chillbill81993's text "nv" is believed to by the abbreviation for Nevada, signifying chillbill81993's physical location.

[7] The foot was a facsimile and not an actual child's foot.

[8] In text messaging "lol" is used to represent the phrase, "laugh out loud."

[9] In text messaging "tf" is used to represent the words, "the fuck."

asked what happened to another user, and when ▮ said he did not know, crazyjohnny916 wrote, "lol left us the keys to the perv palace."

On March 26, 2024, edwardanarchy asked the group if anyone had, "used their daughters yet?" Crazyjohnny916 replied, "I want someone that will share them with me."

On March 26, 2024, ▮ posted several more videos of pre-pubescent children engaged in sexually explicit conduct. One of these videos shows a naked adult vagina being rubbed on the face of an infant child. In the video the unidentified woman uses her fingers to spread secretions from her vagina on the infant's face. After this video was posted, members of the group engaged in a conversation where User 2 claimed he had "done something similar" to his granddaughter.[10] ▮ wrote, "Let's see ur granddaughter."

On March 30, 2024, ▮ threatened to ban crazyjohnny916 from the group stating, "Cadillac Ray post something or be removed n banned as well." Crazyjohnny916 responded, "Dude it's me Crazy Johnny. Changed my name." ▮ wrote, "Oh Johnny. OK u good."[11]

On April 1, 2023, crazyjohnny916 posted a link to a file hosting service. The link gave users access to several videos containing child sexual abuse material, including videos of minors engaged in sexually explicit activity.

Identification of ▮

During the course of the investigation, the user of Kik account ▮ was identified as ▮.

On March 28, 2024, in response to legal process Kik provided subscriber information associated with ▮. The information included IP addresses from which the Kik account was accessed. IP address ▮ was used to access the account from March 15, 2024, to March 27, 2024. That IP address belongs to CenturyLink. On March 29, 2024, CenturyLink reported that during those dates IP address ▮ was assigned to CenturyLink subscriber ▮ This the same address listed on the Nevada identification card for ▮. That card was issued on ▮.

In addition, ▮ photograph on the identification card appears to show the same person as displayed in the Kik profile photograph of ▮. Photographs were located on social

---

[10] Based on IP addresses obtained as part of the investigation, it is believed that User 2 resides in a country outside of the U.S. In order not to jeopardize foreign law enforcement's efforts to investigate the activities of User 2, User 2's profile name and display name are not provided in this statement of fact.

[11] Crazyjohnny916's reference to changing his name refers to a change in his Kik display name. Kik users can change their display name at any time, whereas a Kik profile name cannot be changed after an account is created.

media accounts showing persons appearing to be ▮▮▮ as a couple. Kik also reported that the ▮▮▮ account was associated with email address ▮▮▮

Google advised that the email address was created on ▮▮▮, from IP address ▮▮▮ the same IP address associated with ▮ at ▮▮▮.

Three other Google accounts were identified as belonging to ▮▮▮, ▮▮▮ and ▮▮▮. The latest IP logins for the first two accounts occurred on March 17, 2024. The latest IP login for the third account was dated March 28, 2024. All of the latest logins were from IP address ▮▮▮ identified by CenturyLink as assigned to ▮ at ▮▮▮. The recovery SMS for ▮▮▮ is a telephone number ending in ▮. AT&T advised that the customer assigned that number is ▮.

On April 29, 2024, a federal law enforcement officer visually identified ▮ at ▮▮▮.

## Identification of Brandon Manners

During the course of the investigation, the Kik user crazyjohnny916 was identified as **BRANDON JAMES MANNERS.**

On March 28, 2024, in response to legal process. Kik provided subscriber information associated with username crazjohnny916. The information revealed that email account brandonmanners7@gmail.com was linked to the user account.

On April 5, 2024, in response to legal process, Google provided subscriber information for brandonmanners7@gmail.com. The name associated with the account was BRANDON MANNERS. The recovery SMS was a telephone number ending in 5158. Using open-source databases, the service provider for that telephone number was identified as Cellco dba Verizon Wireless.

In response to legal process, Cellco dba Verizon Wireless advised the subscriber to that telephone number is T.S.. Using open-source databases law enforcement personnel identified T.S.'s surname, prior to her marriage, was MANNERS that she appears to be a relative of BRANDON JAMES MANNERS, the same name associated with Gmail account brandonmanners7@gmail.com.

California driver's license information was obtained for BRANDON JAMES MANNERS. The address on the license was the same address Cellco dba Verizon reported as belonging to T.S.

On, or about, April 18, 2024, MANNERS's probation officer reported that MANNERS is residing at a half-way house in, San Diego, California. On, or about, April 18, 2024, a federal law enforcement officer observed MANNERS in the yard of the residence.

Identification of ▮

During the course of the investigation the user of Kik account edwardanarchy was identified as ▮

In response to legal process, Kik reported that email account ▮ was associated with Kik account ▮. Information obtained from Google included a recovery SMS number ending in ▮ associated with that email account. The recovery email associated with email account ▮ has the same recovery SMS number ending in 8303 as ▮

AT&T confirmed that the customer assigned the identified phone number is ▮, ▮

The California driver's license for ▮ lists his name as ▮ and his address as ▮

Based on the aforementioned facts, I respectfully submit there is probable cause to believe that the following three individuals distributed child pornography in violation of 18 USC §2252(a)(2):

▮

BRANDON JAMES MANNERS, date of birth, April 6, 1989, address 4914 Pacifica Drive, San Diego, CA 92109

▮

Respectfully Submitted,



Marc D. Hess
Special Agent

Federal Bureau of Investigation, Washington Field Office

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 3, 2024.

Zia M. Faruqui
_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on April 11, 2024

**RECEIVED**

MAY 0 8 2024

Clerk, U.S. District and
Bankruptcy Courts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | : | |
| BRANDON JAMES MANNERS, and | : | |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | : | 18 U.S.C. § 2252A(g) |
| | : | (Child Exploitation Enterprise) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(2) & (b)(1) |
| | : | (Conspiracy to Distribute and Receive |
| Defendants. | : | Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2251(d)(1) & (e) |
| | : | (Advertisement of Child Pornography) |
| | : | |
| | : | 18 U.S.C. § 2252(a)(2) |
| | : | (Distribution of Child Pornography) |
| | : | |
| | : | Forfeiture: 18 U.S.C. § 2253(a) |
| | | 21 U.S.C. § 853(p) |

## INDICTMENT

The Grand Jury Charges that:

<u>COUNT ONE</u>

On or about and between March 21, 2024 and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendants, ▓▓▓▓▓▓▓▓▓▓▓▓, BRANDON JAMES MANNERS, and ▓▓▓▓▓▓▓▓▓▓▓▓ the defendants herein, and others known and unknown to the Grand Jury, did knowingly engage in a child exploitation enterprise, that is, ▓▓▓▓▓▓▓▓▓▓▓▓, BRANDON JAMES MANNERS, ▓▓▓▓▓▓▓▓▓▓▓▓

▇▇▇▇▇▇▇ violated Chapter 110 of Title 18 of the United States Code, as part of a series of felony violations constituting three or more separate incidents and involving more than one minor victim, which offenses are described in Counts Three through Six of this Indictment, incorporated herein, and committed those offenses in concert with three or more other persons.

(**Child Exploitation Enterprise**, in violation of Title 18, United States Code, Sections 2252A(g)(2))

## COUNT TWO

On or about and between March 21, 2024 and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendants, ▇▇▇▇▇▇▇, **BRANDON JAMES MANNERS**, and ▇▇▇▇▇▇▇ did conspire with individuals known and unknown to the grand jury to knowingly distribute and receive any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer; and that has been shipped and transported using any means and facility of interstate or foreign commerce.

(**Conspiracy to Distribute and Receive Child Pornography**, in violation of Title 18, United States Code, Sections 2252(a)(2) & (b)(1))

## COUNT THREE

On or about and between March 21, 2024, and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendants, ▇▇▇▇▇▇▇ and **BRANDON JAMES MANNERS**, the defendants herein, and others known and unknown to the Grand Jury, did knowingly conspire to make, print, and publish, and cause to be made, printed, and published, any notice and advertisement seeking and offering to receive, exchange, buy, produce, display,

2

distribute, and reproduce, any visual depiction, the production of which visual depiction involved the use of a minor engaging in sexually explicit conduct; and participation in any act of sexually explicit conduct by and with any minor for the purpose of producing a visual depiction of such conduct; knowing and having reason to know that such notice or advertisement would be transported using any means or facility of interstate or foreign commerce and in or affecting interstate and foreign commerce by any means, including by computer, and such notice and advertisement was transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer..

(**Advertisement of Child Pornography** in violation of Title 18, United States Code, Section 2251(d)(1) and (e))

## COUNT FOUR

On or about and between March 22, 2024, and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendant, ███████████████, did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## COUNT FIVE

On or about and between March 22, 2024, and on or about April 21, 2024, in the District of Columbia and elsewhere, the defendant, **BRANDON JAMES MANNERS**, did knowingly

3

distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## COUNT SIX

On or about and between March 21, 2024, and on or about March 27, 2024, in the District of Columbia and elsewhere, the defendant, ███████████████████████████ did knowingly distribute any visual depiction, using any means and facility of interstate and foreign commerce, and that such visual depiction has been shipped and transported in and affecting interstate and foreign commerce, by any means including by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(**Distribution of Child Pornography**, in violation of Title 18, United States Code, Section 2252(a)(2))

## FORFEITURE ALLEGATION

**Title 18, United States Code, Section 2253**

The allegations contained in Counts ONE through SIX of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendants, ███████

4

███ BRANDON JAMES MANNERS, and ████████████████████████████

shall forfeit to the United States of America:

1. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

2. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense(s); and

3. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense(s).

## MONEY JUDGMENT

In the event of conviction, the United States intends to seek a money judgment.

## SUBSTITUTE ASSETS

If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to 21 U.S.C. Section 853(p).

5

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 2253(a) and Title 21, United States Code, Section 853(p))

A TRUE BILL

*Matthew M. Graves /JJI*

FOREPERSON

Attorney for the United States in
and for the District of Columbia

6